UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOCTORS HOSPITAL AT RENAISSANCE,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>Defendants. | Civil Action No. 18-00398 (EGS) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Doctors Hospital at Renaissance hereby submits notice of voluntary dismissal of this action, without prejudice and with each party to bear its own costs.

Dated: December 2, 2019

Respectfully submitted,

DENTONS US LLP

 */s/ Drew W. Marrocco*
Drew W. Marrocco (D.C. Bar No. 453205)
1900 K Street NW
Washington, DC 20006
(202) 408-6387
drew.marrocco@dentons.com

Charles A. Luband (D.C. Bar No. 458319)
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6942
charles.luband@dentons.com

*Counsel for Plaintiff*